IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Tracy Condrey, | ) | |
|---|---|---|
| | ) | C/A No.: 4:16-3078-MBS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Tracy Condrey brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. By order filed November 7, 2017, the case was reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed February 20, 2018. Counsel moves for attorney's fees in the amount of $3,539.06 and expenses in the amount of $20.01. On February 5, 2018, the Commissioner filed a Stipulation in which she did not contest the reimbursement sought by counsel.

Plaintiff's motion for fees under the EAJA (ECF No. 30) is **granted** in the amount of $3,559.07 ($3,539.06 + $20.01), to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 32).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

March 1, 2018